IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,               )<br>                                       )<br>    Plaintiffs,                       )<br>                                       )<br>UNITED STATES OF AMERICA,              )<br>                                       )<br>    Plaintiff-Intervenor              )<br>    and Amicus Curiae,                )<br>                                       )<br>NATIONAL EDUCATION                     )<br>ASSOCIATION, INC.,                     )<br>                                       )<br>    Plaintiff-Intervenor,             )<br>                                       )<br>    v.                                 )<br>                                       )<br>COVINGTON COUNTY BOARD OF              )<br>EDUCATION, et al.,                     )<br>                                       )<br>    Defendants.                        ) | CIVIL ACTION NO.<br>   2:70cv3102-T<br>       (WO) |

LOCAL-ISSUES ORDER

It is ORDERED as follows:

(1) The joint motion for approval of interim consent agreement (Doc. No. 447) is granted and the parties that signed the agreement are ENJOINED and RESTRAINED to comply with the agreement.

(2) The plaintiffs' motion for order to show cause (Doc. No. 433) is denied with leave to renew later.

(3) Plaintiff-intervenor United States of America's motion for order to show cause (Doc. No. 432) is denied with leave to renew later.

(4) The local defendants' motion to be declared unitary and to end court supervision (Doc. No. 386) is denied with leave to renew later.

DONE, this the 25th day of April, 2005.

　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**