IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANTHONY T. LEE, et al.,           ) | |
|     Plaintiffs,              ) | |
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff-Intervenor    ) | |
|     and Amicus Curiae,      ) | CIVIL ACTION NO. |
| NATIONAL EDUCATION           ) | 2:70cv3102-MHT |
| ASSOCIATION, INC.,           ) | (WO) |
|     Plaintiff-Intervener,   ) | |
| v.                           ) | |
| COVINGTON COUNTY BOARD OF    ) | |
| EDUCATION, et al.            ) | |
|     Defendants.             ) | |

JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for declaration of unitary status and termination of this litigation, filed by defendants Covington County Board of Education, its members, and the

County Superintendent of Education on September 30, 2005 (Doc. No. 459), is granted.

(2)  The Covington County School System is DECLARED to be unitary.

(3)  All outstanding orders and injunctions are dissolved as to defendants Covington County Board of Education, its members, and the County Superintendent of Education.

(4)  This litigation is dismissed as to defendants Covington County Board of Education, its members, and the County Superintendent of Education.

It is further ORDERED that the state defendants (the Alabama State Board of Education, its members, the State Superintendent of Education, and the Governor of Alabama) are not dismissed and that the orders dealing with the state-wide "special education" and "facilities" issues are not dissolved.

DONE, this the 6th day of February, 2006.

                                         /s/ MYRON H. THOMPSON
                                  UNITED STATES DISTRICT JUDGE